**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| J.E. and M.E., individually, and in their capacity as parents and guardians of minor student, K.E.<br><br>Plaintiffs,<br><br>v.<br><br>BLAINE SCHOOL DISTRICT,<br><br>Defendant. | NO. 2:26-cv-02707-JNW<br><br>**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT**<br><br>**JURY DEMAND** |

COMES NOW Defendant Blaine School District (hereinafter "District") and answers Plaintiffs' Complaint and Demand for Jury Trial as follows:

## I. PRELIMINARY STATEMENT

1.1 Admit a student voiced concerns that H.K. would sexually assault K.E. to the Assistant Principal. The remainder of Paragraph 1.1. is denied for insufficient knowledge and information.

1.2 Deny.



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

1.3 Paragraph 1.3 contains no allegations directed to Defendant and no response required. To the extent a response is required, deny.

## II. PARTIES

2.1 Admit to the best of the District's knowledge.

2.2 Admit to the best of the District's knowledge.

2.3 Admit to the best of the District's knowledge.

2.4 Admit to the best of the District's knowledge.

2.5 Admit.

2.6 Admit.

2.7 Admit.

## III. JURISDICTION

3.1 Paragraph 3.1 contains a legal conclusion for which no response required. To the extent a response is required, admit.

3.2 Paragraph 3.2 contains a legal conclusion for which no response required. To the extent a response is required, admit.

3.3 Paragraph 3.3 contains a legal conclusion for which no response required. To the extent a response is required, admit

3.4 Paragraph 3.4 contains a legal conclusion for which no response required. To the extent a response is required, admit.

## IV. FACTUAL ALLEGATIONS

4.1 Admit to the best of the District's knowledge.

4.2 Admit to the best of the District's knowledge.



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

4.3 Denied for insufficient knowledge and information.

4.4 Denied for insufficient knowledge and information.

4.5 Denied for insufficient knowledge and information.

4.6 Denied for insufficient knowledge and information.

4.7 Admit Blaine High School has a clothing closet. To the extent the closet is characterized as “unsupervised,” deny.

4.8 Denied for insufficient knowledge and information.

4.9 Denied for insufficient knowledge and information.

4.10 Denied for insufficient knowledge and information.

4.11 Denied for insufficient knowledge and information.

4.11 Denied for insufficient knowledge and information.

4.12 Denied for insufficient knowledge and information.

4.13 Denied for insufficient knowledge and information.

4.14 Denied for insufficient knowledge and information.

4.15 Denied for insufficient knowledge and information.

4.16 Denied for insufficient knowledge and information.

4.17 Denied for insufficient knowledge and information.

4.18 Denied for insufficient knowledge and information.

4.19 Denied for insufficient knowledge and information.

4.20 Denied for insufficient knowledge and information.

4.21 Denied for insufficient knowledge and information.

4.22 Denied for insufficient knowledge and information.



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

4.23 Denied for insufficient knowledge and information.

4.24 Denied for insufficient knowledge and information.

4.25 Denied for insufficient knowledge and information.

4.26 Denied for insufficient knowledge and information.

4.27 Denied for insufficient knowledge and information.

4.28 Denied for insufficient knowledge and information.

4.29 Denied for insufficient knowledge and information.

4.30 Denied for insufficient knowledge and information.

4.31 Denied for insufficient knowledge and information.

4.32 Denied for insufficient knowledge and information.

4.33 Admit the District received an email from K.E.'s mother, J.E. reporting allegations against H.K. Deny remaining allegations in Paragraph 4.33.

4.34 On information and belief, admit.

4.35 Admit.

4.36 Admit.

4.37 Admit.

4.38 Deny.

4.39 Admit the District emailed a safety plan which incorporated the requirements of the Whatcom County Superior Court's protective order and required reporting to the District if the safety measures were violated. To the extent Paragraph 4.39 characterizes the safety plan otherwise, the District denies. The proposed safety plan speaks for itself.



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

4.40 Paragraph 4.40 is ambiguous. It is not clear what Plaintiffs would constitute as "follow-up." The District admits it received a protective order from J.E. before and after the safety plan was sent. The District admits no further action was needed in regard to revision of the safety plan. The District denies remaining allegations in Paragraph 4.40 and expressly denies the District's response was inadequate or in violation of the law.

**Title IX Investigation**

4.41 Admit.

4.42 Admit.

4.43 Admit Paragraph 4.43 includes selected excerpts of H.K.'s statement as reported by Ms. Driscoll in her investigative report. Deny Paragraph 4.43 reflects the entirety of H.K.'s statement. Driscoll's investigative report speaks for itself.

4.44 Admit Paragraph 4.4 includes selected excerpts of H.K.'s statement as reported by Ms. Driscoll in her investigative report. Deny the remaining allegations. Driscoll's investigative report speaks for itself.

4.45 Admit Kristine Perrizo reported a student stated H.K. would sexually assault or hurt K.E. like he did to Student 1, and when Perrizo asked why the student thought so, the student responded "I just think it would happen. He is really mean." Deny the remaining allegations in Paragraph 4.45.

4.46 Admit Driscoll's investigation included interviews with student witnesses. Deny the remaining allegations in Paragraph 4.46 for lack of sufficient knowledge or information.



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

4.47 Admit Paragraph 4.47 includes selected excerpts of a student witness interview as reported by Ms. Driscoll in her investigative report. Deny the remaining allegations in Paragraph 4.47 for lack of sufficient information. Driscoll's investigative report speaks for itself.

4.48 Admit to the best of Defendant's knowledge.

4.49 Admit Paragraph 4.49 includes selected excerpts of a student witness interview as reported by Ms. Driscoll in her investigative report. Deny the remaining allegations in Paragraph 4.49 for lack of sufficient information. Driscoll's investigative report speaks for itself.

4.50 Admit Paragraph 4.50 includes selected excerpts of a student witness interview as reported by Ms. Driscoll in her investigative report. Deny the remaining allegations in Paragraph 4.50 for lack of sufficient information. Driscoll's investigative report speaks for itself.

4.51 Admit Driscoll's investigative report found K.E.'s statements were consistent with those K.E. made to the police, and that K.E.'s friends stated they witnessed some of the allegations made by K.E.; deny the remaining allegations in Paragraph 4.51. Driscoll reported that K.E.'s statements were inconsistent regarding the amount of interaction and contact as between K.E. and H.K. after he broke up with her.

4.52 Admit Paragraph 4.52 includes selected excerpts of Ms. Driscoll's investigative report. Deny Paragraph 4.52 reflects the entirety of Ms. Driscoll's findings. Driscoll's investigative report speaks for itself.

**Blaine School District's Title IX Decision**

4.53 To the extent paragraph 4.53 characterizes the District's decision letter as adopting "victim-blaming rhetoric not relevant to the factors in making its determination," deny. The District also denies any characterization of the it's decision as unjustified by its evidence. The



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

District expressly denies any inference that its decision following investigation by an independent investigator was unreasonable in light of the evidence. The District's letter speaks for itself.

4.54 Deny. The District's letter speaks for itself.

4.55 Deny. The District's letter speaks for itself.

4.56 Deny. The District's letter speaks for itself.

4.57 Deny. The District's letter speaks for itself.

4.58 Admit the District, after conducting its investigation, did not take formal disciplinary measures against H.K. in response to K.E.'s allegations. The District expressly denies any failure to comply with its obligations in response to K.E.'s report.

**Blaine School District Policies and Procedures**

4.59 The District's policy speaks for itself.

4.60 The District's policy speaks for itself.

4.61 The District's policy speaks for itself.

4.62 The District's policy speaks for itself.

**The Impact of the District's Actions and Inactions**

4.63 Denied for insufficient knowledge and information.

4.64 Denied for insufficient knowledge and information.

4.65 Denied for insufficient knowledge and information.

4.66 Denied for insufficient knowledge and information.

4.67 Denied for insufficient knowledge and information.

4.68 Denied for insufficient knowledge and information.

4.69 Denied for insufficient knowledge and information.



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

4.70 Denied for insufficient knowledge and information.

4.71 Denied for insufficient knowledge and information.

4.72 Denied for insufficient knowledge and information.

4.73 Admit.

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION: SEX-BASED DISCRIMINATION IN VIOLATION OF TITLE IX OF THE EDUCATIONAL AMENDMENTS OF 1972 20 U.S.C. 1681 et. Seq

5.1 The District incorporates its responses to the preceding paragraphs as though set forth fully herein.

5.2 Paragraph 5.2 contains statement of law which require no response. To the extent a response is required, the statute speaks for itself.

5.3 Admit that the District is a public school that receives federal funding to implement the guidelines specified under the Title IX statute.

5.4 Paragraph 5.4 contains legal conclusions which require no response. To the extent a response is required, admit K.E.'s mother contacted the District on behalf of K.E. with allegations of sexual harassment.

5.5 Admit K.E. was a student within the District. Deny the remaining allegations.

5.6 Deny.

5.7 Deny.



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

5.8 To the extent Paragraph 5.8 contains statements in the District's determination letter, the District admits, as the letter speaks for itself. The District's denies the remaining allegations and specifically denies Plaintiff's characterization of the letter.

5.9 Deny.

5.10 Deny.

5.11 Deny.

5.12 Deny.

5.13 Paragraph 5.13 contains legal conclusions to which no response is required. To the extent a response is required, the District denies Plaintiff K.E. is entitled to such relief.

**SECOND CAUSE OF ACTION:**
**SEX-BASED DESCRIMINATION UNDER THE**
**WASHINGTON LAW AGAINST DISCRIMINATION ("WLAD")**

5.14 The District incorporates its responses to the preceding paragraphs as though set forth fully herein.

5.15 Admit to the best of the District's knowledge.

5.16 Paragraph 5.16 contains statements of law or legal conclusions which require no response. To the extent a response is required, admit.

5.17 Paragraph 5.17 contains statements of law or legal conclusions which require no response. To the extent a response is required, admit.

5.18 Deny.

5.19 Deny.

5.20 Deny.



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

5.21 Deny.

5.22 Deny.

5.23 Deny.

5.24 Deny.

**THIRD CAUSE OF ACTION:**
**RETALIATION FOR ENGAGING IN PROTECTED ACTIVITY**
**TITLE IX OF THE EDUCATIONAL AMENDMENTS OF 1972**
**20 U. [SIC] S.C. 1681 et, Seq**

5.25 The District incorporates its responses to the preceding paragraphs as though set forth fully herein.

5.26 Paragraph 5.26 contains statements of law or legal conclusions which require no response. To the extent a response is required, the statute speaks for itself.

5.27 Paragraph 5.27 contains legal conclusions to which no response is required. To the extent a response is required, admit K.E.'s mother reported allegations that she was sexually assaulted and reported the protective order to the District. Remaining allegations if any, denied.

5.28 Deny.

5.29 Deny.

5.30 Deny.

5.31 Paragraph 5.31 contains legal conclusions which require no response. To the extent a response is required, the District admits it proposed a safety plan in response to K.E.'s report and the Whatcom County Superior Court's protective order. The District denies the



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

remaining allegations in Paragraph 5.31 and expressly denies that the safety plan was retaliatory in nature, or an adverse action.

**FOURTH CAUSE OF ACTION:**
**VIOLATION OF CHAPTER 28A.640 WASH.REV.CODE**
**WASHINGTON'S SEXUAL EQUALITY LAW (SEL)**

5.32 The District incorporates its responses to the preceding paragraphs as though set forth fully herein.

5.33 Paragraph 5.33 contains statements of law to which no response is required. To the extent a response is required, the statute speaks for itself.

5.34 Paragraph 5.34 contains statements of law to which no response is required. To the extent a response is required, the statute speaks for itself.

5.35 Deny.

5.36 Deny.

**FIFTH CAUSE OF ACTION:**
**COMMON LAW NEGLIGENCE**

5.37 The District incorporates its responses to the preceding paragraphs as though set forth fully herein.

5.38 Paragraph 5.38 contains legal conclusions to which no response is required. To the extent a response is required, deny.

5.39 Deny.

5.40 Deny.

///

///



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

**SIXTH CAUSE ACTION:**
**LOSS OF CONSORTIUM**

5.41 The District incorporates its responses to the preceding paragraphs as though set forth fully herein.

5.42 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 5.42 and therefore denies the same.

5.43 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 5.43, and therefore denies the same.

5.44 Deny.

## VI. PLAINTIFFS' PRAYER FOR RELIEF

Paragraphs 6.1-6.1.6 of Plaintiff's Prayer for Relief are denied in their entirety.

## VII. PLAINTIFFS' RESERVATION OF RIGHTS

7.1 Paragraph 7.1 contains no allegations directed to Defendant, no response is required.

## VIII. JURY DEMAND

8.1 Admit.

## IX. AFFIRMATIVE DEFENSES

BY WAY OF FURTHER ANSWER AND AFFIRMATIVE DEFENSES, Defendant alleges the following:

1. Plaintiffs' complaint fails to state claims upon which relief can be granted.

2. Any actions claimed by Plaintiffs to be discriminatory, were done for legitimate, non-discriminatory reasons.



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

3. Any actions claimed by Plaintiffs to be discriminatory or in violation of law, were not deliberately indifferent.

4. Any actions claimed by Plaintiffs to be discriminatory or in violation of law, were reasonable in light of the known circumstances.

5. Plaintiffs may have failed to mitigate their damages, if any.

6. Plaintiffs may have assumed the risk that resulted in the alleged injuries or damages.

7. Plaintiffs' injuries/damages, if any, were caused by the intentional conduct of Plaintiff K.E.'s alleged abuser, H.K. The damages caused by the intentional conduct must be segregated from injuries/damages allegedly caused by fault.

8. Plaintiffs' damages and injuries, if any, may have preexisted the subject incident, or were caused by subsequent events and instrumentalities, which may be identified during the course of discovery, having no connection or relationship with the District. The District therefore requests that fault and Plaintiffs' damages, if any, be apportioned accordingly.

9. Plaintiff K.E.'s claimed injuries and damages may have been caused by prior or subsequent unrelated events and/or conditions.

10. Plaintiff K.E.'s claimed injuries and damages may have been caused by preceding, intervening, superseding acts or omissions not attributable to the District.

11. Plaintiff K.E. did not overcome the presumption of innocence in K.E.'s Title IX complaint by showing by a preponderance of the evidence that H.K. sexually assaulted or harassed H.K in violation of Title IX and District policies.



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

12. The District's decision in response to K.E's report, reflected the insufficiency of the evidence regarding the required element of unwelcome conduct to establish a Title IX violation.

13. The District investigated and followed all required procedures in response to K.E.'s complaint in compliance with state and federal law and its established policy.

14. The allegations in K.E.'s report were not foreseeable by the District.

15. Plaintiffs alleged damages and injuries, if any, were not caused by any action or omission by the District.

Plaintiff may have been comparatively negligent, and, consequently, Plaintiff's damages should be reduced in proportion to her own comparative fault.

17. The evidence may show Plaintiff K.E. willingly consented to the acts giving rise to her alleged injury and damages.

Defendant reserves the right to raise additional affirmative defenses based upon information obtained through discovery and/or trial and to amend its answer to conform to all evidence admitted at trial.

///

///

///

///

///

///

///



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

## X. DEFENDANT'S PRAYER

WHEREFORE having fully answered the allegations in Plaintiffs' Complaint, Defendant Blaine School District prays:

1. That Plaintiff's complaint be dismissed with prejudice;

2. That Defendant be awarded their statutory attorneys' fees and costs incurred defending this action; and

3. For such other and further relief the Court deems just and equitable.

DATED this 20th day of October, 2026.

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC

*/s/Kelley J. Sweeney*
KELLEY J. SWEENEY, WSBA #25441
JENNIFER M. SCANLON, WSBA #62992
1223 Commercial Street
Bellingham, WA 98225
Telephone: (360) 752-2000
Fax: (360) 656-5013
Email: kelley@ssslawgroup.com
jennifer@ssslawgroup.com
Attorneys for Defendant



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system AND sent a copy of such filing to the following:

| | |
|---|---|
| Alex Hagel<br>Sydney Arizona Bay<br>Cedar Law LLP<br>600 1st Ave., Ste. 330 PMB 96563<br>Seattle, WA 98104-2205<br>*alex@cedarlawllp.com;*<br>*sydney@cedarlawllp.com;* | ☐ U.S. Mail Postage Prepaid<br>☐ Certified Mail<br>☐ Hand delivered by:<br>☒ E-Service CM/ECF |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 20th day of October, 2026.

*/s/Cynthia Schatz*
Cynthia Schatz, Paralegal



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com